# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION


UNITED STATES OF AMERICA

vs.                                        NO. 4:05CR00002-001 SWW

STEVEN SEAN BRISCOE


## ORDER

Pending before the Court is a sealed pro se motion requesting a hearing regarding early termination of supervised release by Steven Sean Briscoe [doc #47].  After a review of the pleading, the Court is of the opinion that a response by the United States of America would facilitate the resolution of this motion.  The Court therefore directs the United States to respond to the pleading on or before twenty days after the date of entry of this Order.

IT IS SO ORDERED this 3rd day of August 2012.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE